JANUARY 7, 2003

No. 02–832. TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., ET AL. v. WINARTO. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 02–6655. FOSTER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, *ante*, p. 1054. Petition for rehearing denied.

JANUARY 10, 2003

No. 02–469. BLACK & DECKER DISABILITY PLAN v. NORD. C. A. 9th Cir. Certiorari granted.